```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
EMMA CECILIA SIGUENCIA-ROMERO, et al.,                                 :
                                                                       :
                          Petitioners,                                 :
                                                                       :
        -v-                                                            :   25 Civ. 8975 (JPC)
                                                                       :
WILLIAM JOYCE, et al.,                                                 :   ORDER
                                                                       :
                          Respondents.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 29, 2025, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint (the "Petition"). Dkt. 1. Defendants are ordered to respond to the Petition no later than November 7, 2025. The Clerk of Court shall electronically notify Jeffrey Oestericher, Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of New York (jeffrey.oestericher@usdoj.gov), that this Order has been issued. The Clerk of Court also shall enclose the Petition in her notification to Chief Oestericher.

SO ORDERED.

Dated: October 30, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge