UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                   :
EMMA CECILIA SIGUENCIA-ROMERO, *et al.*, :
                                                   :
                       Petitioners, :
                                                   :
                   -v- : 25 Civ. 8975 (JPC)
                                                   :
WILLIAM JOYCE, *et al.*, : ORDER
                                                   :
                       Respondents. :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On October 29, 2025, Petitioners filed a Petition for Writ of Habeas Corpus and Complaint (the "Petition"). Dkt. 1. The next day, on October 30, 2025, the Court ordered Defendants to respond to the Petition no later than November 7, 2025. Then, on November 4, 2025, Petitioners filed an Amended Petition, Dkt. 10, and moved for a Temporary Restraining Order, Dkt. 12, which would, among other things, restrain Respondents from removing Petitioners from the United States. Plaintiffs' motion represents that "ICE communicated to Counsel for Petitioners that they will be removing Petitioners from the United States back to Ecuador on November 6, 2025 at 2:30 am." *Id.* at 1 (emphasis omitted).

        Respondents must file a response to Petitioners' motion for a Temporary Restraining Order no later than 12:00 p.m. on November 5, 2025.

        SO ORDERED.

Dated: November 4, 2025
       New York, New York

                                                            JOHN P. CRONAN
                                                            United States District Judge