UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
EMMA CECILIA SIGUENCIA-ROMERO, *et al.*,   :
:
Petitioners,   :
:
-v-   :   25 Civ. 8975 (JPC)
:
WILLIAM JOYCE, *et al.*,   :   <u>ORDER</u>
:
Respondents.   :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 7, 2025, Respondents reported to the Court that Petitioners have been removed from the United States and contended that this case therefore is moot. Dkt. 21. No later than November 14, 2025, Petitioners' must file a letter explaining whether Petitioners have been removed from the United States, and if so, stating whether they agree with Respondents that this case is now moot.

SO ORDERED.

Dated: November 10, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge