

By ECF

Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Emma Cecilia Siguencia-Romero et al. v. William Joyce et al.*
              25 Civ. 8975 (JPC)

Dear Judge Cronan:

    I represent Ms. Siguencia Romero and her two children, Evelyn Saeteros Siguencia, and E.S.S. ("Petitioners") in the above-referenced habeas corpus action. With apologies for the delayed submission of this letter, I write respectfully to affirm that Petitioners were removed to Ecuador on the morning of November 7th, 2025 pursuant to their removal order. As such, Counsel for Petitioners agree with Respondents that the petition for habeas corpus to challenge their detention is now moot.

    Respondents seek no further relief from the Court on this issue at this time. I thank the Court for its consideration of this matter.

                                      Respectfully submitted,

Dated: November 16, 2025
New York, New York

                                          */s/ Pooja Asnani*
                                          Pooja Asnani, Esq.
                                          Maura Heron, Esq.
                                          Sanctuary for Families
                                          30 Wall Street 8th floor
                                          New York, NY 10005
                                          pasnani@sffny.org
                                          *Attorneys for Petitioner*

---

The Court thanks Petitioners for their update. Because Petitioners agree that this case is now moot, the case is dismissed without prejudice as moot, and the Clerk of Court is respectfully directed to close this case.

SO ORDERED
November 17, 2025

                            */s/ John P. Cronan*
                            JOHN P. CRONAN
                            United States District Judge

.